DE PACE & JUSTER, INC., Plaintiff, *v.* ELEVEN HUNDRED PARK AVE., INC., Appellant, and W. M. RITTER FLOORING CORPORATION, Respondent, Impleaded with Others.

MARCUS CONTRACTING Co., INC., Plaintiff, *v.* ELEVEN HUNDRED PARK AVE., INC., Appellant, Impleaded with Another.

THE TITUSVILLE IRON WORKS COMPANY, Plaintiff, *v.* ELEVEN HUNDRED PARK AVE., INC., Appellant, Impleaded with Others.

(Argued June 5, 1933; decided July 11, 1933.)

*Harold H. Corbin, Edward J. Bennett* and *Maxwell E. Lopin* for appellant.

*Maurice B. Rich* for respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ.   Not sitting: HUBBS, J.